A CERTIFIED TRUE COPY
ATTEST
By Jakela Mells on Jul 02, 2009
FOR THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
Jun 16, 2009
FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

MDL No. 875

C 09-2248 EDL

(SEE ATTACHED SCHEDULE)

FILED
SEP - 8 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CONDITIONAL TRANSFER ORDER (CTO-323)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,648 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.
Jul 02, 2009
CLERK'S OFFICE
UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 7/23/09
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)** MDL No. 875

**SCHEDULE CTO-323 - TAG-ALONG ACTIONS**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| ~~CAN~~ | ~~3~~ | ~~09-2187~~ | ~~Thomas Hixson v. Allis-Chalmers Corp. Product Liability Trust, et al.~~ **Opposed 6/30/09** |
| ~~CAN~~ | ~~3~~ | ~~09-2189~~ | ~~Patrick Farley v. Associated Insulation of California, et al.~~ **Opposed 6/30/09** |
| CAN | 3 | 09-2244 | Henry Salm v. Foster Wheeler, LLC |
| CAN | 3 | 09-2245 | Ruben Valdez v. General Electric Co. |
| CAN | 3 | 09-2246 | William Cooper v. General Electric Co., et al. |
| CAN | 3 | 09-2248 | Miramon Anaya v. General Electric Co., et al. |
| CAN | 3 | 09-2282 | John McCollister v. General Electric Co., et al. |
| CAN | 3 | 09-2285 | Eldon Marlow v. Northrop Grumman Corp., et al. |
| CAN | 3 | 09-2336 | Kenneth W. Johnson v. Foster Wheeler, LLC |
| ~~CAN~~ | ~~3~~ | ~~09-2363~~ | ~~William Dennis, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al.~~ **Vacated 7/1/09** |
| CAN | 3 | 09-2424 | Patricia Pistilli, et al. v. McDonnell Douglas Corp., et al. |
| CAN | 3 | 09-2433 | Vernice Bryant, et al. v. General Electric Co., et al. |
| CAN | 4 | 09-2335 | James Connolly v. General Electric Co., et al. |
| CONNECTICUT | | | |
| CT | 3 | 09-373 | Jayne DeMarco, et al. v. Buffalo Pumps, Inc., et al. |
| MICHIGAN EASTERN | | | |
| MIE | 2 | 09-12293 | Larry E. Miller, et al. v. Ford Motor Co. |
| NORTH CAROLINA MIDDLE | | | |
| NCM | 1 | 08-735 | Bryan D. Pritchard, et al. v. Aqua-Chem, Inc., et al. |
| NORTH CAROLINA WESTERN | | | |
| NCW | 1 | 09-185 | Tommy Junior Spearman, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-186 | Johnny Bryant Ferrell, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-191 | Harold Dan Honeycutt, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-192 | David Hargett, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-195 | Marvin Eugene Griffin, Sr., et al. v. Alfa Laval, Inc., et al. |
| NCW | 1 | 09-204 | Reza Djali, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-207 | Michael Wayne Wilson, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-208 | Marion Wayne Sexton v. Aqua-Chem, Inc., et al. |

**MDL No. 875 - Schedule CTO-323 Tag-Along Actions (Continued)**

NEW HAMPSHIRE
NH 1 09-194 Kenneth Wentworth, et al. v. A.W. Chesterton Co., et al.
NH 1 09-202 Ann M. Chiampa v. Trane U.S., Inc., et al.

OHIO NORTHERN
OHN 1 09-10012 Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
OHN 1 09-10013 Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
OHN 1 09-10014 Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
~~OHN 1 09-10016 Robert Shepherd, et al. v. Allied Signal, Inc., et al.~~ **Opposed 7/1/09**

SOUTH CAROLINA
SC 0 09-1371 Martin Leslie Smith, Jr. et al. v. Aqua-Chem, Inc., et al.
SC 0 09-1512 Howard Durant Rhyne, et al. v. Aqua-Chem, Inc., et al.
SC 7 09-1451 Melvin Haroldean Mullinax, et al. v. Aqua-Chem, Inc., et al.
SC 8 09-1262 Fredrick Eckel Gregg v. Aqua-Chem, Inc., et al.
SC 8 09-1265 David Brian Adams v. Aqua-Chem, Inc., et al.
SC 8 09-1389 Timothy Waynel LeCroy, et al. v. Aqua-Chem, Inc., et al.
SC 8 09-1450 John Stephen Williams v. Aqua-Chem, Inc., et al.

VIRGINIA EASTERN
VAE 2 09-9535 George W. Mcmullen v. American Standard, Inc., et al.
VAE 2 09-9536 Franklin R. Payne v. American Standard, Inc., et al.
VAE 2 09-9537 William H. Monroe, Jr. v. American Standard, Inc., et al.
~~VAE 2 09-9538 William H. Monroe, Jr., etc. (Linwood R. Johnson) v. Garlock Sealing Technologies, LLC, et al.~~ **Opposed 6/30/09**
VAE 2 09-9539 Carlos M. Bays v. American Standard, Inc., et al.
VAE 2 09-9540 Wayne Willis v. American Standard, Inc., et al.
VAE 2 09-9541 John H. Ankoviak v. American Standard, Inc., et al.
VAE 2 09-9542 George Bierzynski v. American Standard, Inc., et al.
VAE 2 09-9543 Richard H. Chattin v. American Standard, Inc., et al.
VAE 2 09-9544 Sherman A. Fields, Jr. v. American Standard, Inc., et al.
VAE 2 09-9545 Bobby N. Holland v. American Standard, Inc., et al.
VAE 2 09-9546 Alf G. Hustoft v. American Standard, Inc., et al.
VAE 2 09-9547 Francis R. Jenkins, Sr. v. American Standard, Inc., et al.
VAE 2 09-9548 Ray Lathrop v. American Standard, Inc., et al.