1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  Email: DDonadio@braytonlaw.com
   BRAYTON❖PURCELL LLP
3  Attorneys at Law
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California 94948-6169
5  (415) 898-1555
   (415) 898-1247 (Facsimile)
6
7  Attorneys for Plaintiff

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 MIRAMON ANAYA,                ) Case No. 3:09-cv-02248-CRB
                                 )
12             Plaintiff,        ) **DISMISSAL OF CLAIMS FOR**
                                 ) **ASBESTOS EXPOSURE OCCURRING**
13 vs.                           ) **ON OR AFTER DECEMBER 5, 1980**
                                 ) **FROM DEFENDANT GENERAL**
14 GENERAL ELECTRIC COMPANY, *et al.* ) **ELECTRIC COMPANY, WITH**
                                 ) **PREJUDICE; ORDER**
15             Defendants.       )
                                 )
16                               )
                                 )
17 ─────────────────────────────

18       Plaintiff hereby dismisses all allegations, if any, related to exposure to asbestos on or

19 after December 5, 1980 as to GENERAL ELECTRIC COMPANY and hereby amends his or her

20 complaint(s) accordingly.

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

| | | |
|---|---|---|
| 1 | Dated: August 1, 2013 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: /s/ David R. Donadio |
| 6 | | DAVID R. DONADIO, ESQ., S.B. #154436<br>Email: DDonadio@braytonlaw.com<br>Tel: (415) 898-1555<br>Fax: (415)898-1247 |
| 7 | | Attorneys for Plaintiff |
| 8 | | |
| 9 | | |
| 10 | Dated: 8/2/13 | WALSWORTH FRANKLIN BEVINS & MCCALL LLP |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | By: [signature]<br>DEREK S. JOHONSON, ESQ., S.B. #220988 |
| 15 | | Attorneys for Defendant<br>GENERAL ELECTRIC COMPANY |
| 16 | | |
| 17 | | |
| 18 | Dated: August 19, 2013 | SO ORDERED: |
| 19 | | |
| 20 | | IT IS SO ORDERED |
| 21 | | [signature] |
| 22 | | United States District Judge<br>Judge Charles R. Breyer |

2

DISMISSAL OF CLAIMS FOR ASBESTOS EXPOSURE OCCURRING ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT GENERAL ELECTRIC COMPANY, WITH PREJUDICE; ORDER